UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHA HAWAII HOLDINGS LLC,<br>    Plaintiff,<br>  v.<br>AIR OCEAN PRO'S, LLC,<br>    Defendant. | Case No.  24-cv-07934-JCS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed a motion for default judgment (dkt. no. 14) ("Motion") and a hearing on the motion was held on October 1, 2025.  At the hearing, the Court identified defects in Plaintiff's motion papers and ordered Plaintiff to supply supplemental materials in support of the motion by October 31, 2025.  That deadline has now passed and no supplemental materials have been filed.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the Motion should not be denied.  Plaintiff's response shall be filed by **November 17, 2025**.  Alternatively, this Order will be expunged if Plaintiff files the requested supplemental materials by that date.

**IT IS SO ORDERED.**

Dated:  November 7, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge