UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHA HAWAII HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIR OCEAN PRO'S, LLC,<br><br>Defendant. | Case No. 24-cv-07934-WHO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 20 |

On December 22, 2025, I issued an Order to Show Cause requesting that plaintiff Pasha Hawaii Holdings LLC ("Pasha") show why this case should not be dismissed for failure to prosecute and to explain its failure to respond to Judge Spero's original Order to Show Cause. *See* Dkt. No. 20. Pasha failed to respond. Accordingly, this case is DISMISSED WITH PREJUDICE for failure to prosecute. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: January 7, 2026



William H. Orrick
United States District Judge